# Affidavit of Process Server

_____
(NAME OF COURT)

| Terry P. Gaudreau et al | vs | American Promotional Events, Inc. et al. | 1:07-cv-01122 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Paul H. Ivey**_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _____**American Promotional Events, Inc. et al**_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Complaint, Summons**_____

by leaving with ____**Jane Doe**____ ____**Office Assistant**____ At
                   NAME                    RELATIONSHIP

☐ **Residence** _____
                   ADDRESS                          CITY / STATE

☑ **Business** ____**4511 Helton Drive**____ ____**Florence/Al.**____
                   ADDRESS                          CITY / STATE

On ____**7/24/2007**____ AT ____**12:45 p.m.**____
        DATE                       TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                    DATE
from_____
     CITY         STATE         ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                    DATE      TIME              DATE      TIME
(3)_____ (4)_____ (5)_____
   DATE    TIME             DATE    TIME             DATE    TIME

**Description:** Age **45-55** Sex **f** Race **w** Height **5'2** Weight **140** Hair **blk** Beard_____ Glasses_____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **24th** day of **July**, 2007

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **Alabama**

Expires 3-22-2010


NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **SERVICE OF PROCESS** served this date by the Court's ECF system and via first class mail, postage prepaid, on counsel for Defendant's attorney as follows:

> Mr. Ralph W. Kalish Jr.
> Mr. Prescott Sifton
> BLACKWELL SANDERS PEPER MARTIN, LLP
> 720 Olive Street, 24th Floor
> St. Louis, Missouri 63101

_3 Aug 2007_
Date

_[signature]_
Paul Grandinetti