IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | )   No. 1:07-CV-01122 ESH |
| AMERICAN PROMOTIONAL EVENTS, INC., | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF R. PRESCOTT SIFTON, JR.**

I, Tracy-Gene G. Durkin, a member in good standing of the Bar of the District of Columbia and admitted to practice before this Court, respectfully move this Court, pursuant to Local Rule 83.2(d), to permit attorney R. Prescott Sifton, Jr. to participate as counsel *pro hac vice* for defendant American Promotional Events, Inc. in the above-captioned matter. In support thereof, I state the following:

1. I am a director with the firm of Sterne, Kessler, Goldstein & Fox P.L.L.C. and acquainted with Mr. Sifton.

2. Mr. Sifton is a partner in the St. Louis office of Blackwell Sanders LLP, located at 720 Olive Street, Suite 2400, St. Louis, Missouri 63101.

3. Mr. Sifton is fully familiar with the facts and proceedings in this matter.

4. Mr. Sifton is a member in good standing of the bars of the State of Missouri, to which he was admitted in 1999, and of the State of Illinois, to which he was admitted in 2000. Mr. Sifton is also a member in good standing of the United States Court of Appeals for the Eighth Circuit and of the United States District Courts for the Eastern District of Missouri,

-2-

Southern District of Illinois and Central District of Illinois. He has not been the subject of any disciplinary investigation, action or grievance procedure, is not currently disbarred in any court, and has not been denied admission to the courts of any state or any court of the United States. In support of this motion, attached as Exhibit 1 hereto is the Declaration of R. Prescott Sifton, Jr.

WHEREFORE, it is respectfully requested that R. Prescott Sifton, Jr. be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2(d).

Dated: August 13, 2007                    RESPECTFULLY SUBMITTED,

/s/ Tracey-Gene G. Durkin
By:_____
Tracy-Gene G. Durkin (D.C. Bar No. 421204)
Donald R. Bandowit (D.C. Bar No. 463976)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-2600
Facsimile: (202) 371-2540

*Attorneys for Defendant, American Promotional Events, Inc.*

CERTIFICATE OF SERVICE

The undersigned certifies that on August 13, 2007 the foregoing was filed electronically with the Clerk of the Court to be served through the Court's electronic filing system upon Paul Grandinetti, Esq. of the law firm Levy & Grandinetti.

___/s/ Tracy-Gene G. Durkin___
Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 1:07-CV-01122 ESH |
| AMERICAN PROMOTIONAL EVENTS, INC., | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of R. Prescott Sifton, Jr., it is, this _____ day of _____, 2007 hereby ordered:

1.  That the Motion for Admission *Pro Hac Vice* of R. Prescott Sifton, Jr. is GRANTED; and

2.  That R. Prescott Sifton, Jr. is permitted to represent defendant American Promotional Events, Inc. in the above-captioned matter.

SO ORDERED:

_____
THE HONORABLE ELLEN SEGAL HUVELLE
United States District Judge

STLD01-1344011-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:07-CV-01122 ESH |
| AMERICAN PROMOTIONAL EVENTS, INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF R. PRESCOTT SIFTON, JR. IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, R. Prescott Sifton, Jr., hereby respectfully request to appear *pro hac vice* as counsel for defendant American Promotional Events, Inc. in the above-captioned matter. In support thereof, and after being duly sworn hereby, I make this declaration pursuant to Local Civil Rule 83.2(d) and state as follows:

1. My full name is Richard Prescott Sifton, Jr.

2. I am an attorney practicing law at Blackwell Sanders LLP, located at 720 Olive Street, Suite 2400, St. Louis, Missouri 63101. My office telephone number is (314) 345-6000.

3. I am a member in good standing of the bar of the States of Missouri and Illinois, the bars of the United States Court of Appeals for the Eighth Circuits and the bar of the United States District Courts for the Eastern District of Missouri, the Southern District of Illinois and the Central District of Illinois.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this court within the last two years.

STLD01-1337045-1

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 13, 2007 in St. Louis, Missouri.

Dated: August 13, 2007    By: _____
               R. Prescott Sifton, Jr.
               Blackwell Sanders LLP
               720 Olive Street, Suite 2400
               St. Louis, Missouri 63101
               Telephone: (314) 345-6000
               Facsimile: (314) 345-6060