IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) No. 1:07-CV-01122 ESH |
| AMERICAN PROMOTIONAL EVENTS, INC., <u>et al</u>. | ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant American Promotional Events, Inc. ("American"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of American which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: August 13, 2007        RESPECTFULLY SUBMITTED,

         /s/ Donald R. Banowit
By:_____
    Tracy-Gene G. Durkin (D.C. Bar No. 421204)
    Donald R. Banowit (D.C. Bar No. 463976)
    Sterne, Kessler, Goldstein & Fox P.L.L.C.
    1100 New York Avenue, N.W.
    Washington, DC  20005
    Telephone: (202) 371-2600
    Facsimile: (202) 371-2540

-2-

>Ralph W. Kalish, Jr. (*pro hac vice* pending)
>rkalish@blackwellsanders.com
>R. Prescott Sifton, Jr. (*pro hac vice* pending)
>rsifton@blackwellsanders.com
>Blackwell Sanders LLP
>720 Olive Street, Suite 2400
>St. Louis, Missouri  63101
>Telephone:  (314) 435-6000
>Facsimile:  (314) 345-6060
>
>*Attorneys for Defendant, American Promotional Events, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 13, 2007 the foregoing was filed electronically with the Clerk of the Court to be served through the Court's electronic filing system upon Paul Grandinetti, Esq. of the law firm Levy & Grandinetti.

>  /s/ Donald R. Banowit
>  Attorney