IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU, et al.,       )<br>                                                    )<br>          Plaintiffs,                        )<br>                                                    )<br>vs.                                             )<br>                                                    )   No. 1:07-CV-01122 ESH<br>AMERICAN PROMOTIONAL EVENTS, )<br>INC.,                                         )<br>                                                    )<br>          Defendant.                      )<br>                                                    ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF RALPH W. KALISH, JR.

I, Tracy-Gene G. Durkin, a member in good standing of the Bar of the District of Columbia and admitted to practice before this Court, respectfully move this Court, pursuant to Local Rule 83.2(d), to permit attorney Ralph W. Kalish, Jr. to participate as counsel *pro hac vice* for defendant American Promotional Events, Inc. in the above-captioned matter. In support thereof, I state the following:

1. I am a director with the firm of Sterne, Kessler, Goldstein & Fox P.L.L.C. and acquainted with Mr. Kalish.

2. Mr. Kalish is a partner in the St. Louis office of Blackwell Sanders LLP, located at 720 Olive Street, Suite 2400, St. Louis, Missouri 63101.

3. Mr. Kalish is fully familiar with the facts and proceedings in this matter.

4. Mr. Kalish is a member in good standing of the bar of the State of Missouri, to which he was admitted in 1979, and the bars of the United States Courts of Appeals for the Fifth and Eighth Circuits as well as the United States District Court for the Eastern District of Missouri. He has not been the subject of any disciplinary investigation, action or grievance

STLD01-1337004-1

-2-

procedure, is not currently disbarred in any court, and has not been denied admission to the courts of any state or any court of the United States. In support of this motion, attached as Exhibit 1 hereto is the Declaration of Ralph W. Kalish, Jr.

WHEREFORE, it is respectfully requested that Ralph W. Kalish be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2(d).

Dated: August 16, 2007                    RESPECTFULLY SUBMITTED,

                                          /s/ Tracey-Gene G. Durkin
                                      By:_____
                                          Tracy-Gene G. Durkin (D.C. Bar No. 421204)
                                          Donald R. Banowit (D.C. Bar No. 463976)
                                          Sterne, Kessler, Goldstein & Fox P.L.L.C.
                                          1100 New York Avenue, N.W.
                                          Washington, DC 20005
                                          Telephone: (202) 371-2600
                                          Facsimile: (202) 371-2540

                                          *Attorneys for Defendant, American Promotional Events, Inc.*

CERTIFICATE OF SERVICE

The undersigned certifies that on August 16, 2007 the foregoing was filed electronically with the Clerk of the Court to be served through the Court's electronic filing system upon Paul Grandinetti, Esq. of the law firm Levy & Grandinetti.

                                          ___/s/ Tracy-Gene G. Durkin___
                                                    Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU, et al., | ) |
|     Plaintiffs, | ) ) ) |
| vs. | ) ) No. 1:07-CV-01122 ESH |
| AMERICAN PROMOTIONAL EVENTS, INC., | ) ) ) |
|     Defendant. | ) ) ) |

### DECLARATION OF RALPH W. KALISH, JR. IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Ralph W. Kalish, Jr., hereby respectfully request to appear *pro hac vice* as counsel for defendant American Promotional Events, Inc. in the above-captioned matter. In support thereof, and after being duly sworn hereby, I make this declaration pursuant to Local Civil Rule 83.2(d) and state as follows:

1. My full name is Ralph W. Kalish, Jr.

2. I am an attorney practicing law at Blackwell Sanders LLP, located at 720 Olive Street, Suite 2400, St. Louis, Missouri 63101. My office telephone number is (314) 345-6000.

3. I am a member in good standing of the bar of the State of Missouri, the bars of the United States Courts of Appeal for the Fifth and Eighth Circuits and the bar of the United States District Court for the Eastern District of Missouri.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this court within the last two years.

-2-

6.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 15, 2007 in St. Louis, Missouri.

Dated: August 15, 2007

By: *[signature]*
Ralph W. Kalish, Jr.
Blackwell Sanders LLP
720 Olive Street, Suite 2400
St. Louis, Missouri 63101
Telephone: (314) 345-6000
Facsimile: (314) 345-6060

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:07-CV-01122 ESH |
| AMERICAN PROMOTIONAL EVENTS, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Ralph W. Kalish, Jr., it is, this _____ day of _____, 2007 hereby ordered:

1. That the Motion for Admission *Pro Hac Vice* of Ralph W. Kalish, Jr. is GRANTED; and

2. That Ralph W. Kalish, Jr. is permitted to represent defendant American Promotional Events, Inc. in the above-captioned matter.

SO ORDERED:

_____
THE HONORABLE ELLEN SEGAL HUVELLE
United States District Judge

STLD01-1345086-1