UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRY P. GAUDREAU**, *et al.*, ) <br> ) <br>         **Plaintiffs,** ) <br> ) <br>         v. ) <br> ) <br> **AMERICAN PROMOTIONAL** ) <br> **EVENTS, INC.**, *et al.*, ) <br> ) <br>         **Defendants.** ) <br> ) | Civil Action No. 07-1122 (ESH) |

## ORDER

Having reviewed the pleadings before it in this matter, the Court has a substantial concern regarding whether venue is proper in this district under 15 U.S.C. § 1071(b)(4) and 28 U.S.C. § 1391(b). The parties are hereby ordered to address the issue of whether venue properly lies in this district in briefs to be filed with the Court by September 24, 2007.

    **SO ORDERED.**

                                                                       /s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Date: September 13, 2007