UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN PROMOTIONAL EVENTS, INC., )<br>and )<br>DOES 1-10, )<br>)<br>Defendants. ) | No. 1:07-cv-01122 ESH |

**PLAINTIFFS' DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS**

I, the undersigned counsel of record for Plaintiffs Terry P. Gaudreau and TNT Fireworks, Inc., certify that to the best of my knowledge and belief TNT Fireworks, Inc., is not publicly traded and has no parent, subsidiary, or related companies.

This representation is made in order that judges of this Court may determine the need for recusal and is submitted as required by LCvR 7.1 of the Local Rules of this Court.

Respectfully submitted,

September 24, 2007                    /s/ Paul Grandinetti
Date                                   Paul Grandinetti

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing PLAINTIFFS' DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS was filed this date electronically. Notice of this filing will be sent by e-mail to the following counsel for the Defendants by operation of the Court's electronic filing system:

> Ms. Tracy-Gene G. Durkin
> Mr. Donald R. Banowit
> STERNE, KESSLER GOLDSTEIN & FOX P.L.L.C.
> 1100 New York Avenue, N.W.
> Washington, D.C. 20005
>
> Mr. Ralph. W. Kalish, Jr.
> Mr. R. Prescott Sifton, Jr.
> BLACKWELL SANDERS LLP
> 720 Olive Street, Suite 2400
> St. Louis, Missouri 63101

September 24, 2007  /s/ Paul Grandinetti
Date  Paul Grandinetti