**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **TERRY P. GAUDREAU,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-1122 (ESH)** |
| | ) | |
| **AMERICAN PROMOTIONAL** | ) | |
| **EVENTS, INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, defendant APE's

Motion to Dismiss [Dkt. # 4] is **GRANTED IN PART** as to Count III, and plaintiffs' claim for

fraud on the USPTO under Section 38 of the Lanham Act is **DISMISSED**. Defendant's motion

is otherwise **DENIED** as to Counts II, IV and V. Plaintiffs' Motion for Early Limited

Discovery [Dkt. # 12] is **DENIED AS MOOT**.

    **SO ORDERED**.


                                                    _____/s/_____
                                                    ELLEN SEGAL HUVELLE
                                                    United States District Judge


Date: September 28, 2007