UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN PROMOTIONAL EVENTS, INC., )<br>and )<br>DOES 1-10, )<br>)<br>Defendants. ) | No. 1:07-cv-01122 ESH |

**STIPULATED MOTION FOR CONTINUANCE**

The Plaintiffs, Mr. Terry P. Gaudreau and TNT Fireworks Inc. (collectively, the "Plaintiffs"), respectfully move for a continuance of the Rule 16 conference scheduled for October 18, 2007.  The Plaintiffs further move for a 60 day stay of the action, including the filing of the Parties' Rule 26(f) report and the Defendant's responsive pleading, currently due October 11 and October 12, 2007, respectively.  Counsel for the Defendant consents to the requested continuance and stay.

The Parties are engaged in settlement discussions and request this continuance and stay to further facilitate these discussions.  The Parties do not object to the appointment of a mediator, and the Plaintiffs, at least, feel a court official would be beneficial.  The Parties request permission for mediation to occur by teleconference or video conference as necessary.

## DUTY OF COUNSEL TO CONFER
## UNDER LCvR7(m)

This motion is not presented for purposes of delay. Counsel for the Plaintiffs and the Defendant met and conferred regarding this motion by e-mail on October 9 through October 11, 2007.

Respectfully submitted,

| | |
|---|---|
| 11 October 2007 | /s/ Paul Grandinetti |
| Date | Paul Grandinetti |
| | D.C. Bar No. 384,996 |
| | LEVY & GRANDINETTI |
| | South Tower, Suite 750 |
| | 1120 Twentieth Street, N.W. |
| | Washington, D.C. 20036 |
| | Telephone (202) 429-4560 |
| | Facsimile (202) 429-4564 |
| | |
| | **Attorney for Plaintiffs** |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing STIPULATED MOTION FOR CONTINUANCE was filed this date electronically. Notice of this filing will be sent by e-mail to the following counsel for the Defendants by operation of the Court's electronic filing system:

>Ms. Tracy-Gene G. Durkin
>Mr. Donald R. Banowit
>STERNE, KESSLER GOLDSTEIN & FOX P.L.L.C.
>1100 New York Avenue, N.W.
>Washington, D.C. 20005
>
>Mr. Ralph. W. Kalish, Jr.
>Mr. R. Prescott Sifton, Jr.
>BLACKWELL SANDERS LLP
>720 Olive Street, Suite 2400
>St. Louis, Missouri 63101

| | |
|---|---|
| 11 October 2007 | /s/ Paul Grandinetti |
| Date | Paul Grandinetti |