UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TERRY P. GAUDREAU**, *et al.*, | ) ) ) |  |
| **Plaintiffs,** | ) ) |  |
| v. | ) ) ) | **Civil Action No. 07-1122 (ESH)** |
| **AMERICAN PROMOTIONAL EVENTS, INC.**, *et al.*, | ) ) ) |  |
| **Defendants.** | ) ) |  |

**MEDIATION REFERRAL ORDER**

With the consent of the parties on October 11, 2007, it is hereby **ORDERED** that

1. This matter is referred for mediation to commence forthwith.

2. The Clerk of the Court shall promptly furnish a copy of this order to the Circuit Executive who shall promptly assign a mediator.

3. Mediation efforts shall conclude by December 10, 2007.

4. If the case settles in whole or in part, plaintiffs' counsel shall immediately advise the Court of the settlement by filing a stipulation.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE:  10/11/2007

cc:  Michael Terry