IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY P. GAUDREAU et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )  No. 1:07-CV-01122 ESH |
| | ) |
| AMERICAN PROMOTIONAL EVENTS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiffs Terry Gaudreau and TNT Fireworks, Inc., and the Defendant American Promotional Events, Inc. (collectively the "Parties"), by and through their respective attorneys, having compromised and resolved this matter hereby stipulate to Plaintiffs' voluntary dismissal with prejudice of their claims herein pursuant to FED. R. CIV. P. 41(a)(1)(ii).

The Parties agree that the Settlement Agreement shall be construed and enforced in accordance with the laws of the District of Columbia, and the United States District Court for the District of Columbia shall retain jurisdiction over all matters concerning the settlement of this action.

Respectfully submitted,

_____
Paul Grandinetti (D.C. Bar No. 384,996)
Levy & Grandinetti
South Tower, Suite 750
1120 Twentieth Street, N.W.
Washington, DC 20036
Telephone (202) 429-4560
Facsimile (202 429-4564

_____
Tracy-Gene Durkin (D.C. Bar No. 421204)
Donald R. Banowit (D.C. Bar No. 463976)
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005
Telephone (202) 371-2600
Facsimile (202) 371-2540

## CERTIFICATE OF SERVICE

The undersigned certifies that on the _11_ day of _February_, 200_8_ the foregoing was filed electronically with the Clerk of the Court to be served through the Court's electronic filing system upon Tracy-Gene Durkin and Donald R. Banowit of the law firm Sterne, Kessler, Goldstein & Fox P.L.L.C. and Ralph W. Kalish, Jr. and R. Prescott Sifton, Jr. of the law firm Blackwell Sanders LLP.

　　　　　　　　　　　　　　　　　　　_/s/ Paul Grandinetti_
　　　　　　　　　　　　　　　　　　　　　　Attorney